**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-7113**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SYDNEY ANDREA CRANDON, a/k/a Brittany Banks,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:19-cr-00296-BO-1)

Submitted:  April 29, 2025                          Decided:  May 13, 2025

Before AGEE, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sydney Andrea Crandon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sydney Andrea Crandon appeals the district court's order denying her motion for compassionate release. We have reviewed the record and Crandon's claims and find no abuse of discretion. Accordingly, we affirm the district court's order. *United States v. Crandon*, No. 5:19-cr-00296-BO-1 (E.D.N.C. Nov. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*